# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

DOUGLAS C. PALMER
Clerk

U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

Date:  _3-16-15_

Civil Action No.:  _14-CV-5739 (JFB)(SIL)_

Re:  _Robert Lee Houston #67620-053_

FILED
U.S. DISTRICT COURT
★ MAR 16 2015 ★
LONG ISLAND OFFICE

Dear Warden or Superintendent:

_Robert Lee Houston_, filed a complaint with this Court thereby incurring filing fees in the total amount of $350.00. See 28 U.S.C. § 1914 (as amended on Feb. 8, 2006) (increasing district court filing fee to $350).

Pursuant to 28 U.S.C. § 1915 (as amended July 26, 1996), plaintiff is proceeding *in forma pauperis* and must pay the total $350 fee by monthly installments deducted from plaintiff's prison trust fund account (or institutional equivalent).

Plaintiff has executed the enclosed prisoner authorization that requests and authorizes your agency to send a certified copy of plaintiff's prison trust fund account for the past six months to this Court. The prisoner authorization further requests and authorizes your agency to calculate the amounts specified by 28 U.S.C. § 1915, to deduct those amounts from plaintiff's prison trust fund account (or institutional equivalent) and to disburse those amounts to this Court on a monthly basis, provided that the amount in the account exceeds $10.00, until the filing fees are paid in full.

The Warden or Superintendent shall not deduct more than twenty percent from the prisoner's trust fund accounts and shall forward the payments to the appropriate courts sequentially if there are multiple fee-related encumbrances, rather than collecting multiple fees at the same time that exceed twenty percent of the prisoner's trust fund account.

Accordingly, please forward a copy of plaintiff's prison trust fund account for the past six months and disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Eastern District of New York. Please remember to include the above-referenced docket number on the disbursement checks before sending it to the Court.

Very Truly Yours,

Douglas C. Palmer, Clerk

rev. 6/3/13